AO 91
Rev. 11/82

CRIMINAL COMPLAINT

| United States District Court | DISTRICT<br>WESTERN DISTRICT OF TEXAS, EL PASO DIV. |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EDWIN ARTURO OCHOA-DIAZ<br>DOB 05 14 55  506,170' grn eyes, brn hair | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>84-0253C-01 |

Complaint for violation of Title  18   United States Code §   751 (a)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Philip F. Cole | U.S. Magistrate | El Paso, Texas |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| 1 April 1984 | FCI La Tuna, Texas | Mexico |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

The defendant unlawfully, and willfully escaped from the custody of the Attorney General of the United States to whom he was lawfully committed on 20 Aug., 1983, pursuant to a judgement and commitment order of the United States District Court for the Southern District of Texas, Brownsville Division, in violation of 18 USC 751 (a)..

A true copy of the original, I certify.
Clerk, U.S. District Court
By: M. Anthes
Special Deputy Clerk

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:
Information was received from Lt. Gary Payne, Investigator at FCI La Tuna, Texas that on 1 April 1984, and during the 9:00 PM head count the defendant was discovered missing from the prison camp at FCI La Tuna, Texas, along with another inmate named Tomas Olivas Torres. Both were last seen at the 7:00 PM head count, and after a complete search of the prison grounds it was determined that they did infact escape.
It was found that defendants escaped from the camp in their prison clothes, and left out of one of the six doors in the camp building..leaving their personal property behind.
The defendant was serving a 2 year sentence for the offence of 8 USC 1324 (a) (2) in a 2 count indictment(transporting a certain alien in the United States, and in the Southern District of Texas...

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)
Alfred Frank Tessman
OFFICIAL TITLE
Deputy U.S. Marshal

Sworn to before me and subscribed in my presence,
SIGNATURE OF MAGISTRATE(1)
Philip F. Cole

DATE
April 2, 1984

1) See Federal Rules of Criminal Procedure rules 3 and 54.